**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**TRACY L. VAUGHN** **PLAINTIFF**
**#274657**

**v.** **CASE NO. 2:26-CV-00082-BSM**

**DOE, et al.** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of July, 2026.

UNITED STATES DISTRICT JUDGE